# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Petitioner,<br><br>　v.<br><br>SPECTRUM BUILDING SERVICES,<br><br>　　　　Respondent. | Case No.: SA CV12-1207 JST (JPRx)<br><br>**ORDER** |

　　　The Equal Employment Opportunity Commission ("Petitioner") has filed a Renewed Application for an Order to Show Cause why a certain Administrative Subpoena Should Not Be Enforced. Subpoena No. 12-07 was served on the Respondent Spectrum Building Services pursuant to 15 U.S.C. § 49 (incorporated in Section 9 of the Fair Labor Standards Act (FLSA), as amended, 29 U.S.C. § 209, and Section 7(a) of the ADEA, 29 U.S.C. § 626(a))  on  August 29 and 31, 2012 in the investigation of Charge No's  488-2009-00261, 488-2009-00262, and 488-2009-00263. The Petitioner having duly served the Subpoena upon the Respondent, and the Respondent having failed to comply within the period designated in the Subpoena, it is hereby

　　　ORDERED that Respondent appear on May 31, 2013, at 2:30 p.m. in Courtroom 10A, United States Courthouse, Ronald Reagan Federal Building and U.S. Courthouse, 411 West Fourth St., Santa Ana, CA. 92701 and show cause why

it should not be compelled to comply with the subpoena issued to it.  It is further ORDERED that the Respondent be served with a copy of this Order to Show Cause on or before May 10, 2013 and it is further ORDERED that the Respondent file and serve its answer to the Application no later than May 24, 2013.

DATED:      May 2, 2013

                                            JOSEPHINE STATON TUCKER
                                               United States District Judge